UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEMENT WILLIAM NAYLOR, | ) | CIVIL ACTION NO. 4:20-CV-1507 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
| Defendant | ) | |

ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1)    The final decision of the Commissioner is AFFIRMED.

(2)    Final judgment will be issued pursuant to Rule 58 of the Federal Rules
        of Civil Procedure in favor of the Commissioner by separate order.

(3)    The Clerk of Court is DIRECTED to close this case.


Date: March 28, 2022                    BY THE COURT

                                        _s/William I. Arbuckle_
                                        William I. Arbuckle
                                        U.S. Magistrate Judge